UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 24-cv-_____

FLORIDA TITLE AND ESCROW PROFESSIONALS, INC.

            Plaintiff,

vs.

SCOTTSDALE INDEMNITY COMPANY,

            Defendant.
_____/

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff Florida Title and Escrow Professionals, Inc. ("FTEP") sues Defendant Scottsdale Indemnity Company ("Scottsdale") and alleges:

### Nature of Plaintiffs' Claims

1. This is an action for a declaratory judgment pursuant to 28 U.S.C. § 2201, for the purpose of resolving a real and substantial controversy concerning the parties' legal rights, duties, and relationships with respect to an insurance policy issued by Scottsdale to FTEP. The issue involves whether Scottsdale owes FTEP a duty to defend FTEP against a lawsuit filed against FTEP by Shoemaker Guys LLC ("Shoemaker Guys") in Miami-Dade County, Florida Circuit Court, Case No. 2023-022571-CA-01 (the "Claim").

### Parties

2. FTEP is a corporation incorporated under the laws of the State of Florida, with its principal place of business in the State of Florida. FTEP is duly authorized to transact business in Florida.

3. Scottsdale is an insurance company incorporated under the laws of the State of Ohio, with its principal place of business in the State of Ohio.

## Jurisdiction and Venue

4. This Court has jurisdiction, pursuant to 28 U.S.C. § 1332(a), because the amount in controversy exceeds $75,000, exclusive of interest and costs, and there is complete diversity of citizenship between FTEP and Scottsdale. Through a declaration in this case FTEP seeks to avoid the attorneys' fees and costs of defending against the Claim, which seeks damages in excess of $699,000. It is expected that the fees and costs for such a defense will exceed $75,000. Therefore, the value of the object of the litigation from FTEP's perspective exceeds $75,000.

5. Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1332(b)(1) because a substantial part of the events or omissions giving rise to this claim occurred in this district.

## The Scottsdale Policy

6. Scottsdale issued a Business and Management Indemnity Policy to named insured FTEP with a policy period from June 21, 2023, to June 21, 2024 (the "Scottsdale Policy"). A genuine copy of the Scottsdale Policy is attached as **Exhibit A** to this Complaint.

7. The insuring clause of the Scottsdale Policy provides that "[Scottsdale] shall pay on behalf of [FTEP], **Loss** which [FTEP has] become legally obligated to pay by reason of a **Claim** first made against [FTEP] during the **Policy Period** … and reported to [Scottsdale] pursuant to Section E.1. herein, for a **Wrongful Act** taking place on or after the **Retroactive Date** and prior to the end of the **Policy Period**."

8. The Scottsdale Policy also provides that "[i]t shall be the right and duty of [Scottsdale] to defend any **Claim**" and that "[s]uch duty shall exist even if any of the allegations are groundless, false or fraudulent."

9. **"Claim"** in the Scottsdale Policy includes "a civil proceeding against [FTEP], commenced by the service of a complaint or similar pleading."

10. **"Loss"** in the Scottsdale Policy "means damages, judgments. Settlements, pre-judgment or post-judgment interest awarded by a court, and **Costs, Charges and Expenses** incurred by [FTEP]."

11. **"Wrongful Act"** in the Scottsdale Policy "means any actual or alleged error, omission, misleading statement, misstatement, neglect, libel, slander, or other defamatory or disparaging material, breach of duty to act allegedly committed or attempted by [FTEP], which occurs solely in connection with [FTEP's] rendering of, or actual or alleged failure to render **Professional Services**.

12. **"Professional Services"** in the Scottsdale Policy "means solely in the performance of providing [ ] professional services as a title agent, escrow agent, title abstractor, settlement agent and closing agent including remote notary services for others for a fee."

## The Claim

13. On September 28, 2023, FTEP was served with the Claim, the pleading of which was an Amended Complaint. A copy of the Amended Complaint is attached as **Exhibit B** to this Complaint.

14. In the Amended Complaint, Shoemaker Guys seeks to recover from FTEP damages for FTEP's alleged negligence in connection with FTEP's rendering of professional services as a title company and escrow agent.

15. FTEP reported the Claim to Scottsdale in accordance with the Scottsdale Policy.

3

### Scottsdale's Denial of a Defense Against the Claim

16. Scottsdale made a total coverage denial of the Claim under the Scottsdale Policy, and refused to defend the Claim.

17. All conditions precedent have either occurred or been performed.

18. FTEP has retained the law firm of Lapin & Leichtling, LLP to represent its interests in this action, and is obligated to pay a reasonable fee for services rendered.

### Claim for Declaratory Relief

19. An actual controversy has arisen and now exists between FTEP and Scottsdale.

20. FTEP is defending itself against the Claim because Scottsdale refuses to defend the Claim.

21. FTEP contends Scottsdale has a duty to defend the Claim under the Scottsdale Policy, and Scottsdale contends it has no such duty.

22. There is a real and substantial need for FTEP to get a determination on Scottsdale's duty to defend the Claim.

WHEREFORE, FTEP respectfully requests this Court declare that Scottsdale has a duty to defend FTEP against the Claim, award FTEP recovery of its attorneys' fees and costs incurred in defending the Claim up until such time as Scottsdale assumes such defense, and award FTEP its attorneys' fees and costs for prosecuting this action against Scottsdale pursuant to Section 86.121 of the Florida Statutes.

Dated: January 16, 2024                    Respectfully submitted,

                                        **Jeffrey S. Lapin**
Jeffrey S. Lapin (Florida Bar Number: 0993298)
Attorney E-mail address: jlapin@ll-lawfirm.com
Lapin & Leichtling, LLP
255 Alhambra Circle
Suite 600
Coral Gables, Florida 33134
Telephone No.:(305) 569-4100
Attorneys for Plaintiff Florida Title & Escrow Professionals, Inc.