UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 24-cv-20183-CIV-SMITH

FLORIDA TITLE AND ESCROW
PROFESSIONALS, INC.

        Plaintiff,

vs.

SCOTTSDALE INDEMNITY COMPANY,

        Defendant.
_____/

### NOTICE OF SETTLEMENT

Pursuant to Loc.R. 16.4, Plaintiff Florida Title and Escrow Professionals, Inc. ("FTEP") and Defendant Scottsdale Indemnity Company ("Scottsdale") provide notice that the parties have reached a settlement. The parties will file a stipulation of dismissal in accordance with the terms of the settlement agreement.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeffrey S. Lapin* | */s/ Michael A. Packer* |
| Jeffrey S. Lapin | Michael A. Packer |
| Fla. Bar. #: 993298 | Fla. Bar. #: 121479 |
| jlapin@ll-lawfirm.com | MAPacker@MDWCG.com |
| Lapin & Leichtling, LLP | Marshall Dennehey |
| 255 Alhambra Circle | 2400 East Commercial Boulevard |
| Suite 600 | Suite 1100 |
| Coral Gables, FL 33134 | Ft. Lauderdale, FL 33308 |
| (305) 569-4105 | (954) 847-4921 |
| Attorneys for Plaintiff | Attorneys for Defendant |