ED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 24-cv-20183-CIV-SMITH

FLORIDA TITLE AND ESCROW
PROFESSIONALS, INC.

       Plaintiff,

vs.

SCOTTSDALE INDEMNITY COMPANY,

       Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), and the parties' settlement agreement, the parties stipulate to the dismissal of this action with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| **Jeffrey S. Lapin** | **Michael A. Packer** |
| Jeffrey S. Lapin | Michael A. Packer |
| Fla. Bar. #: 993298 | Fla. Bar. #: 121479 |
| jlapin@ll-lawfirm.com | MAPacker@MDWCG.com |
| Lapin & Leichtling, LLP | Marshall Dennehey |
| 255 Alhambra Circle | 2400 East Commercial Boulevard |
| Suite 600 | Suite 1100 |
| Coral Gables, FL 33134 | Ft. Lauderdale, FL 33308 |
| (305) 569-4105 | (954) 847-4921 |
| Attorneys for Plaintiff | Attorneys for Defendant |

In accordance with 3J.(3) of the Administrative Procedures for Electronically Filing Documents, Mr. Packer has given consent to Mr. Lapin filing this Stipulation with his electronic signature.