UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20183-CIV-SMITH

FLORIDA TITLE AND ESCROW
PROFESSIONALS, INC.,

    Plaintiff,

vs.

SCOTTSDALE INDEMNITY COMPANY,

    Defendant.
_____/

**ORDER OF DISMISSAL**

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice [DE 30]. Accordingly, it is

    ORDERED that:

    1.    This matter is **DISMISSED with prejudice**.

    2.    All pending motions are **DENIED as moot.**

    3.    This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of May, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record